THOMAS PLUMLEIGH *v.* THOMAS M. WHITE.

*Agreed Case from McHenry.*

The par ies to a suit pending in the Circuit Court agreed to submit their case upon a question of law, to the Supreme Court for adjudication. There was no record of the Circuit Court filed, but simply the agreement of counsel: *Held,* that the case did not come within the provisions of the 16th and 17th sections of the 29th chapter of the Revised Statutes, no decision of the Circuit Court being certified by the Clerk.

The Supreme Court has appellate jurisdiction only, except in certain specified cases.

AGREED CASE, from McHenry county. In this case, the following agreement was filed, together with the written arguments of counsel, to wit:

Plumleigh v. White.

"This was an action of *debt* brought by plaintiff against the defendant as sheriff of McHenry county. The declaration was in *debt* for an escape on *ca. sa.* The defendant filed a general demurrer. The question raised is, whether the action of *debt* will lie in this State for a voluntary escape on a *ca. sa.*

"It is agreed that the above case shall be submitted on written argument, to be filed on or before the first of January next.

"Dec. 10, 1847.            Morris & Brown, for Deft.
                     I. N. Arnold, for Plff."

It did not appear from any of the papers filed in this case, that there had been a decision of the Circuit Court upon the question at issue, nor was there any certified copy of the agreed case.

The cause was submitted on the merits upon the written arguments of *I. N. Arnold,* for the plaintiff, and of *B. S. Morris & J. J. Brown,* for the defendant.

The Opinion of the Court was delivered by

TREAT, J.* The Court has no jurisdiction of this case. There is no record from the Court below. There is an agreement of counsel on file, referring to an action pending in the McHenry Circuit Court, and stipulating that a certain question arising therein may be submitted to the decision of this Court. The case does not come here pursuant to the provisions of the 16th and 17th sections of the 29th chapter of the Revised Statutes. The agreed case and the decision of the Circuit Court thereon should be regularly certified into this Court. There must be a decision of the question by the Circuit Court, before there is anything to be reviewed here. By the Constitution, this Court has appellate jurisdiction only, except in certain specified cases, of which the present is not one. The case must be dismissed.

*Case dismissed.*

---

*WILSON, C. J. was absent.